UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
File No.: 2:18-CR-30-D-1

UNITED STATES OF AMERICA,  )
                           )
        v.                 )        ORDER TO SEAL
                           )        (DE 51)
NORMAN LYDELL FORD         )
_____)

Upon the motion of the defendant and for good cause shown, it is hereby

ordered that DE 51 (Medical Records) be sealed until further notice by this

Court.

This _28_ day of _September_, 2022.


                              _4-Dever_____
                              JAMES C. DEVER III
                              United States District Judge